# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH WAYNE PRICE, | Civil Action No. 11 – 1391 |
| Petitioner, | |
| v. | District Judge Terrence F. McVerry |
| | Chief Magistrate Judge Lisa Pupo Lenihan |
| JOSEPH MAZURKIEWICZ and PENNSYLVANIA BOARD OF PROBATION & PAROLE, | |
| Respondents. | |

## **MEMORANDUM ORDER**

Pending before the Court is the Report and Recommendation issued by Chief Magistrate Judge Lenihan on October 18, 2013. The magistrate judge recommended that the Petition for Writ of Habeas Corpus be denied in part and dismissed as moot in part. The parties were served with the Report and Recommendation and informed that they had until November 4, 2013, to file written objections. As of the date of this order no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 15th day of November, 2013,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** in part and **DISMISSED** as moot in part.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated October 18, 2013, (ECF No. 15), is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/Terrence F. McVerry
United States District Judge

cc: Seth Wayne Price
FS4719
165 SCI Lane
Greensburg, PA 15601
(*Via First Class Mail*)

Counsel of Record
(*Via ECF Electronic Mail*)